Case 4:15-cv-02443   Document 12   Filed in TXSD on 09/01/16   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 01, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON BALTASAR FRANCO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-2443 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| *Acting Commissioner of the Social Security Administration,* | § | |
| | § | |
| *Defendant.* | § | |

# ORDER

Pending before the court is the Magistrate Judge's Memorandum and Recommendation ("M&R"), recommending that plaintiff's motion for summary judgment (Dkt. 9) be GRANTED, defendant's cross-motion for summary judgment (Dkt. 10) be DENIED, and the case be REMANDED to the Commissioner of the Social Security Administration for further consideration in light of the M&R. Dkt. 11. The M&R advises that any parties wishing to object to the M&R must do so by August 26, 2016. *Id.* at 57. The court has received no objections. The court, having reviewed the M&R, relevant documents in the record, and the applicable law, having received no objections, and finding no error, ADOPTS the M&R in its entirety. For the reasons stated in the M&R, plaintiff's motion for summary judgment (Dkt. 9) is GRANTED, defendant's cross-motion for summary judgment (Dkt. 10) is DENIED, and this case is REMANDED to the Commissioner for further consideration in light of the M&R. A final judgment will issue consistent with this order.

Signed at Houston, Texas on September 1, 2016.

_____
Gray H. Miller
United States District Judge