United States District Court
Southern District of Texas
**ENTERED**
January 03, 2017
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JASON BALTASAR FRANCO, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-15-2443 |
| CAROLYN W. COLVIN, *Acting Commissioner of the Social Security Administration*, | § § § § § | |
| *Defendant*. | § § | |

### ORDER

Pending before the court is the Magistrate Judge's Memorandum and Recommendation ("M&R"), recommending that plaintiff's motion for attorney's fees (Dkt. 14) be GRANTED. Dkt. 17. The M&R advises that any parties wishing to object to the M&R must do so by December 27, 2016. *Id.* at 4. The court has received no objections. The court, having reviewed the M&R, relevant documents in the record, and the applicable law, having received no objections, and finding no error, ADOPTS the M&R in its entirety. For the reasons stated in the M&R, plaintiff's motion for attorney's fees for $9,765.31 (Dkt. 14) is GRANTED.

It is so ORDERED.

Signed at Houston, Texas on January 3, 2017.

_____
Gray H. Miller
United States District Judge